IN THE COURT OF THE 20th JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

CASA DEL SOL HOMEOWNERS ASSOCIATION, INC.,

    Plaintiffs,

vs.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiffs, CASA DEL SOL HOMEOWNERS ASSOCIATION, INC., (hereinafter referred to as "Plaintiffs"), by and through the undersigned attorney, and sue the Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY (hereinafter referred to as "WESTCHESTER"), a corporation authorized and doing business in the State of Florida and allege as follows:

1. This is an action for damages More Than FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of interest, costs and attorneys' fees, and is otherwise within the jurisdictional limits of this Court.

2. That at all times material hereto the Defendant was an insurance company authorized to do business in the State of Florida and business in LEE County, Florida.

3. That at all times material hereto the Plaintiffs were and are residents of LEE County, Florida and is otherwise *sui juris*.

4. All condition precedent to suit have been complied with, substantially compiled with or waived. Defendant has not suffered any prejudice.

5. That at all times material hereto, Plaintiffs and Defendant had a policy of insurance, Policy No. FSF16343092 002, Plaintiffs' residence located at 13422 Heald Lane Fort Myers, FL 33908, which afforded various types of coverages including overage for damage to dwelling, other structures, personal property, and for loss of use. Plaintiffs are in possession of a copy of the policy see attached as Exhibit A.

6. On or about 9/28/2022, the above-described property was damaged as the result of Windstorm.

7. As a result of this incident, the Plaintiffs have suffered damage to the building on the subject property, damage to contents, and loss of use of the property and possessions therein.

8. In response to the reported claim, Defendant acknowledged the loss and assigned an adjuster and Claim number KY-22K2951267 to the loss.

9. The Plaintiffs have furnished the Defendant with timely notice of the loss, proof of claim and has otherwise performed all conditions precedent to recover under the policy and under the applicable Florida Statutes, but the Defendant has refused and continues to refuse to pay either part or all of the Plaintiffs' claims.

## COUNT I – BREACH OF CONTRACT

Plaintiffs readopt, re-allege and re-aver Paragraphs 1-9 above as if fully stated herein, and further alleges as follows:

10. That the Defendant's denial of coverage and refusal to pay the full amount of the claim was contrary to terms of the policy and/or Florida law and was a breach of said contract of insurance.

11. The Plaintiffs have been damaged by the Defendant's breach of said contract of insurance by having not been compensated for the damages sustained to the building on the subject property, damages to contents, and loss of use of the property and possessions taken from therein.

12. That as a direct and proximate result of the Defendant's refusal to pay the Plaintiffs' claim, the Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the Plaintiffs' interest and Plaintiffs have become obliged to pay them a reasonable fee for their services in bringing this action.

13. In the event that the Plaintiffs prevail in the action, Plaintiffs are entitled to an award of attorney fees and costs pursuant to Florida Statute Section 627.428(1) and/or Florida Statute Section 626.9373(1) or other Florida law.

WHEREFORE, the Plaintiffs, , demand judgment against the Defendant, , for damages including but not limited to damage to the building, contents, loss of use, interest allowed by law, and reasonable attorney fees and costs pursuant to Florida Statute Section 627.428(1) and/or Florida Statute Section 626.9373(1) or other Florida law, and the Plaintiffs demand trial by jury of all issues triable as a matter of right by jury.

## **DEMAND FOR JURY TRIAL**

The Plaintiffs further demand a trial by jury of all issues so triable as a matter of right.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served with the Summons and Complaint on Defendant.

Respectfully submitted by,

SATO LAW FIRM, LLC.
**Attorney for Plaintiffs**
151 N Nob Hill Rd, Suite 423
Plantation FL, 33324
Eservice@satolawfirm.com
954-591-8417 Telephone

By: /s/ *Marlene M. Sato, Esq.*
Marlene M. Sato, Esq.
Florida Bar No.:113717